IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT S. WORTHY,

    Plaintiff,

v.

NATHAN DEAL, Governor;
CLYDE L. REESE, III, Commissioner;
KEITH HORTON, Director;
ANTHONY L. HARRISON, Judge;
STEPHEN D. KELLY, Judge;
J. SMITH, Manager; and MARY
J. SKELTON, Attorney,

    Defendants.

CIVIL ACTION NO.: CV212-159

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** due to Plaintiff's failure to state a claim upon which relief may be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 10 day of December, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA